1   DOWNEY BRAND LLP
    ELIZABETH B. STALLARD (Bar No. 221445)
2   621 Capitol Mall, 18th Floor
    Sacramento, CA  95814-4731
3   Telephone:     (916) 444-1000
    Facsimile:     (916) 444-2100
4   estallard@downeybrand.com

5   Attorneys for Defendant
    MCDCC V, LP, dba McDONALD'S #20612

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  SARAH WATCHERS,                          Case No.  2:12-cv-02718-MCE-AC

12              Plaintiff,                    **STIPULATION AND ORDER TO
                                              CONTINUE HEARING ON PLAINTIFF'S
13        v.                                  MOTION TO STRIKE AFFIRMATIVE
                                              DEFENSES IN MCDCC V, LP dba
14  MCDCC V, LP dba McDONALD'S                McDONALD'S #20612's ANSWER**
    #20612; SYSTEM CAPITAL REAL
15  PROPERTY CORPORATION;
    McDONALD'S CORPORATION,                   Current Hearing Date:  February 21, 2013
16                                            Requested Hearing Date:  March 7, 2013
              Defendants.                     Time:  2:00 p.m.
17                                            Courtroom 7, 14th Floor

18                                            The Honorable Morrison C. England, Jr.

19

20

21        Plaintiff SARAH WATCHERS and Defendant MCDCC V, LP, dba McDONALD'S

22  #20612, through their respective counsel, hereby stipulate to continue the hearing date on

23  Plaintiff's Motion to Strike Affirmative Defenses from February 21, 2013, to March 7, 2013.

24        Good cause exists for the requested continuance because the parties are currently

25  involved in settlement discussions that are expected to resolve this matter.

26  / / /

27  / / /

28  / / /

DOWNEY BRAND LLP

1    IT IS SO STIPULATED.

2

3   DATED:  February 7, 2013          DISABLED ADVOCACY GROUP, APLC

4

5                                     By: /s/ Scottlynn J. Hubbard IV [as authorized 2/7/13]
                                          SCOTTLYNN J. HUBBARD IV
6                                         Attorney for Plaintiff
                                          SARAH WATCHERS

7   DATED:  February 7, 2013          DOWNEY BRAND LLP

8

9                                     By: /s/ Elizabeth B. Stallard
                                          ELIZABETH B. STALLARD
10                                        Attorney for Defendant
                                          MCDCC V, LP, dba McDONALD'S #20612
11

12

13                                    **<u>ORDER</u>**

14        Upon reviewing the Stipulation entered into by and between Plaintiff and Defendant

15   MCDCC, LP dba McDonald's #20612, and good cause appearing therefore, it is hereby

16   ORDERED that the hearing on Plaintiff's Motion to Strike Affirmative Defenses be continued

17   from February 21, 2013, to March 7, 2013.

18

19   IT IS SO ORDERED.

20   Dated:     February 14, 2013

21

22   _____

23   MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT JUDGE
24

25

26

27

28

DOWNEY BRAND LLP