LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:    (530) 894-8244
Email: USDCEast@hubslaw.com

Attorneys for Plaintiff

ELIZABETH B. STALLARD, SBN 221445
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
Email: estallard@downeybrand.com

Attorneys for Defendant MCDCC V, LP
dba McDONALD'S 20612

PETER S. MODLIN, SBN 151453
CHRISTINE A. FUJITA, SBN 274750
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
Email: CFujita@gibsondunn.com

Attorneys for Defendant
McDONALD'S CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH WATCHERS, | Case No. 2:12-cv-02718-MCE-AC |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL and ORDER THEREON |
| MCDCC V, LP dba McDONALD'S #20612; SYSTEM CAPITAL REAL PROPERTY CORPORATION; McDONALD'S CORPORATION, | |
| Defendants. | |

- 1 -

1 | TO THE COURT AND TO ALL PARTIES:

2 | Plaintiff, SARAH WATCHERS, and defendants, MCDCC V, LP dba McDONALD'S #20612 and McDONALD'S CORPORATION, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: March 19, 2013        DISABLED ADVOCACY GROUP, APLC

 */s/  Lynn Hubbard*
LYNN HUBBARD III
Attorney for Plaintiff SARAH WATCHERS

Dated: March 25, 2013        DOWNEY BRAND LLP

 */s/  Elizabeth B. Stallard*
ELIZABETH B. STALLARD
Attorney for Defendant MCDCC V, LP
dba McDONALD'S 20612

Dated: March 19, 2013        GIBSON, DUNN & CRUTCHER LLP

 */s/  Christine A. Fujita*
CHRISTINE A. FUJITA
Attorney for Defendant McDONALD'S
CORP.

///
///
///
///
///
///

1 **ORDER**

2 The complaint of plaintiff, USDC Case No. 2:12-cv-02718-MCE-AC, is hereby
3 dismissed with prejudice.
4     IT IS SO ORDERED.
5 Date: March 29, 2013

          _____
          MORRISON C. ENGLAND, JR., CHIEF JUDGE
          UNITED STATES DISTRICT JUDGE