1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:   (530) 894-8244
   Email: USDCEast@hubslaw.com
5
6  Attorneys for Plaintiff

7  ELIZABETH B. STALLARD, SBN 221445
   DOWNEY BRAND LLP
8  621 Capitol Mall, 18th Floor
   Sacramento, CA 95814-4731
9  Telephone: (916) 444-1000
   Facsimile: (916) 444-2100
10 Email: estallard@downeybrand.com

11 Attorneys for Defendant MCDCC V, LP
   dba McDONALD'S 20612
12
   PETER S. MODLIN, SBN 151453
13 CHRISTINE A. FUJITA, SBN 274750
   GIBSON, DUNN & CRUTCHER LLP
14 555 Mission Street, Suite 3000
   San Francisco, CA 94105
15 Telephone: (415) 393-8200
   Facsimile: (415) 393-8306
16 Email: CFujita@gibsondunn.com

17 Attorneys for Defendant
   McDONALD'S CORPORATION
18

19                UNITED STATES DISTRICT COURT
20                EASTERN DISTRICT OF CALIFORNIA
21

22 SARAH WATCHERS,                        Case No. 2:12-cv-02718-MCE-AC

23      Plaintiff,
                                          STIPULATION FOR DISMISSAL and
24 v.                                      ORDER THEREON

25 MCDCC V, LP dba McDONALD'S
   #20612; SYSTEM CAPITAL REAL
26 PROPERTY CORPORATION;
   McDONALD'S CORPORATION,
27
        Defendants.
28 _____/

- 1 -

1    TO THE COURT AND TO ALL PARTIES:

2    Plaintiff, SARAH WATCHERS, and defendants, MCDCC V, LP dba
3    McDONALD'S #20612 and McDONALD'S CORPORATION, stipulate to and
4    jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint
5    in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

6

7    Dated: March 19, 2013                    DISABLED ADVOCACY GROUP, APLC

8

9                                              */s/  Lynn Hubbard*
10                                             LYNN HUBBARD III
                                               Attorney for Plaintiff SARAH WATCHERS

11
12   Dated: March 25, 2013                    DOWNEY BRAND LLP

13

14                                             */s/  Elizabeth B. Stallard*
                                               ELIZABETH B. STALLARD
15                                             Attorney for Defendant MCDCC V, LP
                                               dba McDONALD'S 20612

16

17   Dated: March 19, 2013                    GIBSON, DUNN & CRUTCHER LLP

18

19                                             */s/  Christine A. Fujita*
20                                             CHRISTINE A. FUJITA
                                               Attorney for Defendant McDONALD'S
21                                             CORP.

22
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1 **ORDER**

2 The complaint of plaintiff, USDC Case No. 2:12-cv-02718-MCE-AC, is hereby
3 dismissed with prejudice.
4      IT IS SO ORDERED.
5 Date: March 29, 2013

                    MORRISON C. ENGLAND, JR., CHIEF JUDGE
                    UNITED STATES DISTRICT JUDGE